IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHRISTOPHER HAMPTON and      )
CORTNEY ROLLEY,              )
on behalf of themselves      )
individually, and all        )
others similarly-situated,   )
                             )
     Plaintiffs,             )
                             )     CIVIL ACTION NO.
     v.                      )       2:20cv742-MHT
                             )           (WO)
ULYSSES OLIVER, JR.,         )
et al.,                      )
                             )
     Defendants.             )
```

**JUDGMENT**

Based on the parties' representations made on the record during the videoconference on December 15, 2020, it is the ORDER, JUDGMENT, and DECREE of the court that all claims against defendant Alabama Department of Corrections are dismissed, and said defendant is terminated as a party to this action. *See Alabama v. Pugh*, 438 U.S. 781, 782 (1978) (per curiam) ("[S]uit against the State and its Board of Corrections is

barred by the Eleventh Amendment, unless Alabama has consented to the filing of such a suit.").

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed.

DONE, this the 15th day of December, 2020.

         /s/ Myron H. Thompson
         **UNITED STATES DISTRICT JUDGE**