IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER HAMPTON and CORTNEY ROLLEY, on behalf of themselves individually, and all others similarly-situated,  )<br>  )<br>  )<br>  )<br>  )<br>  )<br>    Plaintiffs,  )<br>  )<br>    v.  )<br>  )<br>ULYSSES OLIVER, JR., et al.,  )<br>  )<br>  )<br>    Defendants.  ) | CIVIL ACTION NO.<br>2:20cv742-MHT<br>(WO) |

SHOW-CAUSE ORDER

On February 10, 2021, the court ordered plaintiffs to file a notice by February 16, 2021, informing the court whether they intend to continue pursuing Count II of the complaint against defendant Joseph H. Headley, or whether that count should be dismissed.  *See* Order (Doc. 41).  Plaintiffs did not file the ordered notice.  Nor did they file a motion for an extension of time to file the notice.  It appears therefore that plaintiffs may have abandoned Count II against defendant Joseph H.

Headley, or that dismissal of that count for failure to prosecute could be appropriate.

\*\*\*

Accordingly, it is ORDERED that plaintiff show cause, if any there be, in writing by February 22, 2021, as to why Count II should not be dismissed for failure to prosecute or for abandonment. If they do not respond by the deadline, Count II against defendant Joseph H. Headley will be dismissed with prejudice.

DONE, this the 18th day of February, 2021.

                                       /s/ Myron H. Thompson
                                 **UNITED STATES DISTRICT JUDGE**