IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER HAMPTON and CORTNEY ROLLEY, on behalf of themselves individually, and all others similarly-situated, ) ) ) ) ) ) Plaintiffs, ) ) v. ) ) ULYSSES OLIVER, JR., ) et al., ) ) Defendants. ) | CIVIL ACTION NO. 2:20cv742-MHT (WO) |

ORDER

Pursuant to the notice of substitution of party under Federal Rule of Civil Procedure 25(d) (Doc. 48), it is ORDERED that Jeffrey Baldwin, in his official capacity as the Acting Supervising Warden at Elmore Correctional Facility, is substituted for Joseph H. Headley as a defendant in this case. Defendant Headley is terminated as a party.

DONE, this the 2nd day of April, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**