IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER HAMPTON and CORTNEY ROLLEY, on behalf of themselves individually, and all others similarly-situated, | ) ) ) ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | CASE NO.: 2:20-cv-00742-MHT-SRW |
| | ) | |
| ULYSSES OLIVER, JR., BRYANNA NICOLE MOSLEY, LEON TROY WILLIAMS, WILLIE M. BURKS, JOHN DOE 1, JOHN DOE 2, JOSEPH H. HEADLEY, and ALABAMA DEPARTMENT OF CORRECTIONS | ) ) ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## **MOTION TO WITHDRAW**

Undersigned counsel files this motion to withdraw as attorney for Defendant Willie M. Burks ("Burks"). In support of this motion, undersigned counsel states the following:

1.      Undersigned counsel was hired by the State of Alabama, Department of Finance, Division of Risk Management General Liability Trust Fund (GLTF) to represent Mr. Burks in this civil lawsuit.

2.      The GLTF has withdrawn and terminated coverage including any indemnity and providing a defense to Defendant Burks in this civil case after the

criminal conviction in the related criminal case *United States v. Willie M. Burks, III*, Case No.: 2:19-cr-344-MHT-JTA, in this Court.

3.      Undersigned counsel has discussed this with Mr. Burks who understands that the GLTF is no longer providing a defense to him in the civil case. Mr. Burks does not plan to retain counsel and has authorized undersigned counsel to withdraw, and Mr. Burks will defend himself pro se at this time.  Mr. Burks mailing, and contact information is as follows:

Willie Burks
2770 Sumter Avenue
Montgomery, AL  36109
willie.burks40@gmail.com
(334) 531-3656

4.      Further, upon information and belief, Mr. Burks has filed a Chapter 13 bankruptcy proceeding case pending in the United States Bankruptcy Court for the Middle District of Alabama, 21-30524 and his bankruptcy attorney is expected to be filing a Notice of Bankruptcy with this Court as to that filing.

WHEREFORE, PREMISES, CONSIDERED, undersigned counsel requests the Court to enter an ordering permitting his withdrawal from representing Defendant Burks who will represent himself pro se from this point forward.

Respectfully submitted,

*/s/ Steven K. Herndon*
STEVEN K. HERNDON
(ASB-0093-O74S)
Attorney for Defendant Burks

2

Herndon Law PC
1430 I-85 Parkway, Suite 234
Montgomery, AL 36106
Telephone: (334) 386-3848
Facsimile: (334) 386-3852
steve@herndon.law

## CERTIFICATE OF SERVICE

I hereby certify that on this 30th day of July 2021, I have served a copy of the foregoing on all parties by using CM/ECF or by U.S. mail:

Teri Mastando
Eric J. Artrip
Mastando & Artrip, LLC
301 Washington St., Ste. 302
Huntsville, AL 35801
teri@mastandoartrip.com
artrip@mastandoartrip.com
*Attorneys for Plaintiffs*

Bart Harmon
Alabama Department of Corrections
Legal Division
301 S. Ripley Street
Montgomery, AL 36104

Willie Burks
2770 Sumter Avenue
Montgomery, AL  36109
willie.burks40@gmail.com

Ulysses Oliver, Jr.
6304 Burbank Crossing Loop
Montgomery, AL 36117

Bryanna Nicole Mosley
310 Ivy Hills Circle
Calera, AL 35040

Leon Troy Williams
448 Stone Park Blvd.
Pike Road, AL 36064

*/s/ Steven K. Herndon*

4