IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHRISTOPHER HAMPTON and      )
CORTNEY ROLLEY,              )
on behalf of themselves      )
individually, and all        )
others similarly-situated,   )     CIVIL ACTION NO.
                             )       2:20cv742-MHT
     Plaintiffs,             )           (WO)
                             )
     v.                      )
                             )
ULYSSES OLIVER, JR.,         )
et al.,                      )
                             )
     Defendants.             )
```

**AMENDED ORDER**

Upon consideration of plaintiffs' motion to lift the stay (Doc. 72), it is ORDERED that, by November 12, 2021, defendant Willie M. Burks shall inform the court, in writing, if there is any reason why the motion should not be granted.  If Burks does not respond, the court will grant the motion, lift the stay, and the case will proceed again against Burks.

DONE, this the 29th day of October, 2021.

                                   /s/ Myron H. Thompson  
                              **UNITED STATES DISTRICT JUDGE**