IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CHRISTOPHER HAMPTON and<br>CORTNEY ROLLEY,<br>on behalf of themselves<br>individually, and all<br>others similarly-situated,<br><br>    Plaintiffs,<br><br>    v.<br><br>ULYSSES OLIVER, JR.,<br>et al.,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL ACTION NO.<br>  2:20cv742-MHT<br>       (WO) |

## ORDER

It has come to the court's attention that defendant Willie M. Burks's service address was not properly entered into the CM/ECF system after his attorney was allowed to withdraw from the case on August 13, 2021. As a result, Burks was not mailed copies of the court's orders by the clerk's office from that time until the problem was discovered on October 28, 2021. Also, it is unclear whether he has received service copies of documents filed by the parties since August 13, 2021,

as it appears that some service copies meant for him were sent to his former counsel or his bankruptcy counsel, while others it appears were not sent to him or the lawyers at all.

Accordingly, it is ORDERED that the clerk of court shall mail to defendant Willie M. Burks the following documents, by ECF docket number: 64-72.

DONE, this the 29th day of October, 2021.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**