IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER HAMPTON and    ) <br> CORTNEY ROLLEY,           ) <br> on behalf of themselves   ) <br> individually, and all     ) <br> others similarly-         ) <br> situated,                 ) <br>                           ) <br>     Plaintiffs,          ) <br>                           ) <br>     v.                    ) <br>                           ) <br> ULYSSES OLIVER, JR.,      ) <br> et al.,                   ) <br>                           ) <br>     Defendants.          ) | CIVIL ACTION NO. <br><br> 2:20cv742-MHT <br> (WO) |

**JUDGMENT**

Counsel for the plaintiffs having orally informed the court that they do not oppose the motion, it is ORDERED, ADJUDGED, and DECREED that defendant Jeffrey Baldwin's motion to dismiss (Doc. 81) is granted, all claims against him are dismissed with prejudice, and he is terminated as a party to this action.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is not closed and remains pending against the other defendants.

DONE, this the 17th day of March, 2022.

                                /s/ Myron H. Thompson
                                **UNITED STATES DISTRICT JUDGE**