IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER HAMPTON and )<br>CORTNEY ROLLEY, )<br>on behalf of themselves )<br>individually, and all )<br>others similarly-situated, )<br>  ) <br>    Plaintiffs, )<br>  )<br>    v. )<br>  )<br>ULYSSES OLIVER, JR., )<br>et al., )<br>  )<br>    Defendants. ) | CIVIL ACTION NO.<br>2:20cv742-MHT<br>(WO) |

### ORDER

It is ORDERED that the motion for summary judgment (Doc. 88) is set for submission, without oral argument, on May 5, 2023, with any opposition brief and evidentiary materials due by April 28, 2023, and any reply to the opposition due by May 5, 2023.

DONE, this the 14th day of April, 2023.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**