IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
CHRISTOPHER HAMPTON and    )
CORTNEY ROLLEY,            )
on behalf of themselves    )
individually, and all      )
others similarly-situated, )
                           )
    Plaintiffs,            )
                           )    CIVIL ACTION NO.
    v.                     )      2:20cv742-MHT
                           )           (WO)
ULYSSES OLIVER, JR.,       )
et al.,                    )
                           )
    Defendants.            )
```

PARTIAL DISMISSAL ORDER

Upon consideration of plaintiffs' motion to dismiss fewer than all claims (Doc. 115), and pursuant to Federal Rule of Civil Procedure 41(a)(2), it is ORDERED that motion is granted and the following claims are dismissed: (a) the 42 U.S.C. § 1983 conspiracy claim against all defendants in Count III; (b) the assault claim against defendants Willie M. Burks, Leon Troy Williams, and Bryanna Nicole Mosely in Count V; (c) the tort-of-outrage claim against all defendants in Count

VI, and (d) the negligence claim against defendants Burks and Ulysses Oliver, Jr. in Count VII.

The following claims remain: (a) plaintiffs' 42 U.S.C. § 1983 claims for violations of their Eighth Amendment rights against defendants Ulysses Oliver, Jr., Leon Troy Williams, Bryanna Nicole Mosley, and Willie M. Burks in Count I; plaintiffs' state-law claims for battery and assault against defendant Oliver in Counts IV and V; and plaintiffs' state-law claims for negligence against defendants Williams and Mosley in Count VII.  The court has already granted summary judgment for the plaintiffs on the issue of liability, and all that remains is the issue of damages.

DONE, this the 29th day of September, 2025.

/s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE